USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/17

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE HUDSON GROUP OF NEW JERSEY, LLC,<br><br>Defendant. | Civil Action No. 1:17-cv-00397-DAB<br><br><br><br>**DEFAULT JUDGMENT** |

This action having been commenced on January 19, 2017 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, The Hudson Group of New Jersey, LLC, on February 24, 2017 by hand-delivered personal service on Dawn Scotto, and a proof of service having been filed on March 3, 2017 and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED:  That Plaintiff have judgment against Defendant in the liquidated amount of $221,932 with interest at 9% from May 21, 2016 amounting to $ 22,764.75    plus costs and disbursements of this action in the amount of $400 amounting in all to $ 245,096.75    .

Dated:  New York, New York

July 10, 2017

*Deborah A. Batts*

This document was entered on the docket on _____.