### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>v.<br><br>THE HUDSON GROUP OF NEW JERSEY, LLC,<br><br>     Defendant. | Civil Action No. 1:17-cv-00397-DAB<br><br>**MOTION TO HOLD THE HUDSON GROUP OF NEW JERSEY, LLC AND ARTHUR SCOTTO IN CONTEMPT OF COURT AND TO COMPEL COMPLIANCE WITH PLAINTIFF'S SUBPOENA** |

  **PLEASE TAKE NOTICE** that Plaintiff The Phoenix Insurance Company, by and through their counsel, files this, their Motion to hold Defendant The Hudson Group of New Jersey, LLC, and its principal Arthur Scotto in Contempt of Court pursuant to Fed. R. Civ. P. 37 *et seq*, 45 *et seq.* and Rule 69; and (1) move this Court to Compel The Hudson Group of New Jersey, LLC and its principal Arthur Scotto to respond to Plaintiff's subpoena; (2) grant Plaintiff leave to file an application for attorneys' fees and costs related to filing this motion; and (3) for such other and further relief as this Court may deem just and equitable.

  **PLEASE TAKE FURTHER NOTICE** that this Motion is accompanied and supported by the Affidavit of Evan Yablonsky, Esq. and exhibits annexed thereto, and a Memorandum of law.  A proposed form of Order is also submitted herewith.

            BRESSLER, AMERY & ROSS, P.C.
            Attorneys for Plaintiff
            325 Columbia Turnpike, Suite 301
            Florham Park, New Jersey  07932
            Tel:  (973) 514-1200
            Fax:  (973) 514-1660
            eyablonsky@bressler.com

            s/  Evan Yablonsky
Dated:  October 20, 2017     By:  Evan Yablonsky, Esq.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>THE HUDSON GROUP OF NEW JERSEY, LLC,<br><br>    Defendant. | Civil Action No. 1:17-cv-00397-DAB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2017, I electronically filed a true and correct copy of this Motion for Contempt, Affidavit of Evan Yablonsky, Memorandum of Law, proposed form of Order, and this Certificate of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the counsel of record.

I further hereby certify that on this 20th day of October, 2017, I served a true and correct copy of this Motion for Contempt, Affidavit of Evan Yablonsky, Memorandum of Law, proposed form of Order, and this Certificate of Service, by First-Class Mail and Certified Mail, Return Receipt Requested, upon the following:

    The Hudson Group of New Jersey, LLC
    458 Greenway Drive
    Leonia, New Jersey  07605

                s/ Evan Yablonsky
                By: Evan Yablonsky, Esq.