# EXHIBIT C

# APPLICATION AND CERTIFICATE FOR PAYMENT

To: ESRT Empire State Building
350 5th Avenue
New York, NY 10118

PROJECT: ESB Suite 6720

APPLICATION No.: 2R2
APPLICATION DATE: 01/03/18
PERIOD TO: 01/03/18

FROM: The Hudson Group of New Jersey, LLC
241 West 30th Street
New York, New York 10001

ARCHITECT: Mudson Partnership
New York, NY

## CONTRACTORS APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with Contract, per attached.

| | |
|---|---|
| 1. BASE CONTRACT AMOUNT | $ 65,050.00 |
| 2. NET CHANGE BY CHANGE ORDERS | $ 0.00 |
| 3. CONTRACT SUM TO DATE | $ 65,050.00 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ 65,050.00 |
| 5. RETAINAGE | $ 6,505.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ 58,545.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ 40,350.00 |
| 8. LESS RETAINAGE | $ 4,035.00 |
| 9. LESS ACTUAL PREVIOUS PAYMENT | $ 36,765.00 |
| 10. CURRENT PAYMENT DUE | $ 28,285.00 |

## CHANGE ORDER SUMMARY

| | ADDITIONS | CREDITS |
|---|---|---|
| Change orders approved in prior months by Owner - TOTAL | | |
| Approved this Month | | |
| Number  Date | | |
| | | |
| | | |
| | | |
| | | |
| TOTALS | 0.00 | 0.00 |
| Net change by Change Orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, CONTRACTOR The Hudson Group of NJ LLC

By: [signature]   Date: 1/3/18

## OWNER'S REPRESENTATIVE'S CERTIFICATE FOR PAYMENT:

In accordance with the Contract documents, based on on-site observations and the data comprising the above application, the Owner's Rep. certifies to the Owner that to the best of the Owner's Rep's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................................. $
(Attach explanation if amount certified differs from the amount applied for)

OWNER'S REPRESENTATIVE:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract

BARBGROSS AMOUNT OF THIS INVOICE
NOTARY PUBLIC-STATE OF NEW YORK
Registration No. 01DA6367259
Qualified in Queens County
Commission Expires November 13, 2021

CURRENT PAYMEN DUE $ 28,285.00

[notary signature]